| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | AUSA:   Timothy E. Garcia | Telephone:  (313) 226-9522 | |
| | Agent:        Michael Everson | Telephone:  (313) 926-4700 | |

# UNITED STATES DISTRICT COURT
### for the

## Eastern District of Michigan

United States of America
    v.

Dawny Farid GUEVARA-George

Case: 2:26−mj−30262
Assigned To : Unassigned
Assign. Date : 5/7/2026
Description: CMP− USA V.
GUEVARA−GEORGE (CS)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 30, 2026 _____ in the county of _____ Macomb _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael Everson, BPA
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ May 7, 2026 _____

_____
*Judge's signature*

City and state: _____ Detroit, MI _____

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
_____
*Printed name and title*

### AFFIDAVIT

I, Michael Everson, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since December 2011. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating to Dawny Farid GUEVARA-George, which reveals the following:

2. GUEVARA-George is a 34-year-old male, native and citizen of Honduras, who last entered the United States at or near an unknown place, without being admitted, inspected, or paroled by an Immigration Officer.

3. On or about May 27, 2005, GUEVARA-George was arrested along with his family by Border Patrol Agents at or near Eagle Pass, Texas. He was issued a Notice to Appear (NTA) and released into the United States.

4. On July 28, 2005, GUEVARA-George was ordered removed by an Immigration Judge in absentia.

5. On or about July 2, 2009, GUEVARA-George was arrested by Immigration and Customs Enforcement (ICE/ERO). He was processed as a bag and baggage. On July 8, 2009, an Immigration Judge granted GUEVARA-George's motion to reopen his immigration case and stay of removal. He was released from custody pending his case.

6. On or about December 30, 2009, GUEVARA-George was arrested by Utah County Sherrif's Department at or near Spanish Fork, Utah for Contributing to the Delinquency of a Minor.

7. On January 28, 2010, GUEVARA-George was convicted for Contributing to the Delinquency of a Minor and was fined $595.

8. On or about June 24, 2010, GUEVARA-George was granted a Voluntary Departure (VD) in lieu of a removal order by the date of October 22, 2010. Because GUEVARA-George never departed the country, the Immigration Judge's

Voluntary Departure order was withdrawn and GUEVARA-George was ordered removed effective October 23, 2010.

9. On or about December 15, 2015, GUEVARA-George was arrested by Customs and Border Protection at the Austin Bergstrom International Airport while trying to board a flight. He was erroneously issued an NTA and was released from custody. ICE/ERO subsequently cancelled the NTA because GUEVARA-George should have been processed as a bag and baggage

10. On or about October 22, 2016, GUEVARA-George was arrested by Southfield Police for Dangerous Drugs and Operating with Forgery-Alteration-False License. In that case, GUEVARA-George was arrested at a traffic stop driving a vehicle with a fraudulent license plate, without a driver's license, and after admitting using marijuana in the vehicle.

11. On or about December 5, 2016, GUEVARA-George was convicted in the 46th District Court of Controlled Substance-Use of Marijuana. He was fined $200 and placed on probation for 6 months.

12. On or about October 19, 2022, GUEVARA-George was arrested by ICE near Detroit, Michigan. He was processed as bag and baggage. On November 7, 2022, GUEVARA-George was removed back to Honduras through Miami, Florida.

13. On April 30, 2026, Detroit Border Patrol Agents encountered GUEVARA-George following a request by Sterling Heights Police Department to assist them to help identify a subject following a traffic stop for Operating while using a mobile electronic device and Operators License never acquired. GUEVARA-George stated that he was a citizen of Honduras and that he did not have any official immigration documentation that would allow him to legally be in the United States. GUEVARA-George was transported to the Detroit Border Patrol Station for processing. His prior order of removal was reinstated.

14. Dawny Farid GUEVARA-George's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that GUEVARA-George is a citizen of Honduras with the foregoing immigration history who has been previously removed from the United States. The record checks did not provide any evidence that GUEVARA-George legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

15.   The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

16.   Review of the Alien File (A# xxx xxx 301) for Dawny Farid GUEVARA-George and queries in Department of Homeland Security databases confirm no record exists of GUEVARA-George obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on November 7, 2022.

17.   Based on the above information, I believe there is probable cause to conclude that GUEVARA-George, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

_____
Michael Everson, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable Elizabeth A. Stafford
United States Magistrate Judge