# United States District Court
## For the Eastern District of Michigan

| | |
|---|---|
| United States of America,<br><br>                        Plaintiff<br><br>v.<br><br>Dawny Farid Guevera-George<br>                        Defendant | Case No. 26-cr-20267<br><br>Hon. Mark A.<br><br>Goldsmith<br><br>Defendant's Sentencing Memorandum |
| Timothy E. Garcia (P-85912)<br>Special Assistant United States Attorney<br>211 W. Fort St. # 2001<br>Detroit, Michigan 48226<br>Telephone: 313 226-9522<br>timothy.garcia@usdoj.gov | Ellen Dennis (P-24400)<br>Law Office of Ellen Dennis<br>Attorney for Defendant<br>101 S. Ann Arbor St., Ste. 203A<br>Saline, Michigan 48176<br>Telephone: 734 944-5819<br>               734 649-7603<br>m.ellen.dennis@gmail.com |

<u>Defendant's Sentencing Memorandum</u>

Defendant, Dawny Farid Guevara-George, by and through his counsel, Ellen Dennis, submits this Sentencing Memorandum.

Dawny Farid Guevara-George is a 35 year old citizen of Honduras. He originally came to the United States at the age of 13 with his parents and two sisters. Since that initial entry Mr. Guevara-George has not ever really lived for long in Honduras. He has no friends or relatives there. He has no job prospects there. Since his initial entry into the United States as a 13 year old, he has continued to live mostly in the United States, attending school and working. He

1

earned a high school diploma in Utah, when he was 17 years old. Since graduating, he has usually been employed as a painter. Twelve years ago he met and formed a stable, long-term relationship with Elizabeth Padilla, a United States citizen. Together they have three children, now ages 9, 7, and 2 years old. Mr. Guevara-George also fathered an older child, now age 11, who lives with him and the rest of the family most of the time. All four children were born in the United States and are United States citizens. Mr. Guevara has provided the major financial support for Ms. Padilla and for his four children through legitimate work, most recently, in the Detroit area, as a residential painter. Earlier, in Utah, he worked as a packer of eggs for a cooperative.

Mr. Guevara-George's two sisters applied for and received DACA status; so they are able to continue to live legally in the United States. Unfortunately, although Mr. Guevara-George, with the assistance of his sisters, did begin the process of applying for DACA status, he did not complete the process. Had he done so, he would, no doubt have been granted DACA status, since his circumstances are the same as that of his sisters.

Mr. Guevara-George has only one criminal history point; that point is based on a misdemeanor conviction for possession of marijuana. For this he received a deferred sentence of probation. His other reported convictions are mostly for misdemeanors relating to traffic violations, such as driving without a valid driver's

2

license or having no proof of insurance. No doubt his circumstances - having no legal status in the United States - precluded his obtaining a valid driver's license or purchasing automobile insurance. His one conviction for contributing to the delinquency of a minor concerned his involvement, at age 18, in helping a confirmed runaway. For this he was fined $595.00. Until the current charged offense, Mr. Guevara-George has never been charged with a felony.

The Probation Office has correctly calculated the sentencing guideline applicable to Mr. Guevara-George as 0-6 months. He has already served more than two months in jail for the charged offense (67 days by the sentencing date). Under the circumstances of this case, a time-served sentence is appropriate as recognizing the seriousness of the offense and providing adequate deterrence.

Wherefore, for the above stated reasons, Defendant, Dawny Farid Guevera-George, requests this honorable court to sentence him to time-served.

Respectfully submitted,

/s/Ellen Dennis
Ellen Dennis (P-24400)
Attorney for Defendant,
Dawny Farid Guevara-George

Dated: July 6, 2026

3

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon all adverse parties to the above cause to the attorney of record therein, specifically Timothy E. Garcia¸ Special Assistant United States Attorney on July 6, 2026

BY:

_ _ __ U.S. MAIL                __ __FAX

_ HAND DELIVERED        ____ OVERNIGHT EXPRESS

____ FEDERAL EXPRESS    _ _X_ ELECTRONIC FILING

___E_MAIL


Signature: ___/s/Ellen Dennis_____

            Ellen Dennis

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon all adverse parties to the above cause to the attorney of record therein, specifically Timothy E. Garcia¸ Special Assistant United States Attorney.

BY:

_ _ __ U.S. MAIL                __ __FAX

_ HAND DELIVERED        ____ OVERNIGHT EXPRESS

____ FEDERAL EXPRESS    _ _X_ ELECTRONIC FILING

___E_MAIL


Signature: ___/s/Ellen Dennis_____

            Ellen Dennis

4